**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1871**

———————

JERRY C. SCOTT,

Plaintiff - Appellant,

versus

ANN VENEMAN, in her official capacity as
Secretary of United States Department of
Agriculture; UNITED STATES DEPARTMENT OF AGRI-
CULTURE; SAMUEL J. COLEY; BOB FOIL; PHILLIP
FARLAND, in their official capacities,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Greenville. Terrence W. Boyle, Chief
District Judge. (CA-99-161-4-H)

———————

Submitted: January 31, 2002          Decided: February 28, 2002

———————

Before WILKINS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Patrick H. Flanagan, Norwood P. Blanchard, III, CRANFILL, SUMNER &
HARTZOG, L.L.P., Raleigh, North Carolina, for Appellant. John S.
Bruce, United States Attorney, Anne M. Hayes, Assistant United
States Attorney, Jerri U. Dunston, Assistant United States
Attorney, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry C. Scott appeals from the district court's order granting summary judgment in his former employer's favor in this action alleging discrimination based upon disability, in violation of the Rehabilitation Act, 29 U.S.C.A. §§ 701-796 (West 1999 & Supp. 2001). We have reviewed the parties' briefs, the joint and supplemental appendices, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Scott v. Veneman</u>, No. CA-99-161-4-H (E.D.N.C. May 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2